# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00442-CV

### In re Healthy Innovations, Inc. and Kevin Serafini

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The real party in interest, Bar Nothing Distributors, L.P., has filed an Unopposed Motion to Abate requesting that this original proceeding be abated pending mediation of the underlying dispute. We grant the motion to abate. We dismiss the motion to expedite consideration of the motion to abate as moot.

This original proceeding is abated until further order of the Court. The parties must file a letter reporting the status of this cause on or before November 10, 2008. Any party may file a motion to reinstate at any time.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Abated

Filed: October 15, 2008